# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 10-0326-AG(ANx) |
| Date | November 24, 2010 |
| Title | NANCZI GREENWOOD-SKUFCA v AJR PRODUCTIONS, INC., ET AL |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER CONTINUING PRETRIAL CONFERENCE DUE TO HOLIDAY

As the pretrial conference in this matter was inadvertently set on a court holiday, February 21, 2011, the pretrial conference is continued to February 28, 2011 at 8:30 a.m.

 : 0

Initials of Preparer   lmb