JEFFREY M. LENKOV, ESQ. (SBN 156478)
JAMIE D. YABKO, ESQ. (SBN 259248)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants BATH & BODY WORKS, LLC, and LIMITED BRANDS STORE OPERATIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCZI GREENWOOD-SKUFCA, <br><br> Plaintiff, <br><br> vs. <br><br> AJR PRODUCTIONS, INC.; RAR BEAUTY, LLC; BATH & BODY WORKS, LLC; LIMITED BRANDS STORE OPERATIONS, INC.; and DOES 1 - 50, <br><br> Defendants. | Case No.: SACV10-00326-AG-AN <br><br> **NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFF TO PRODUCE SAMPLE OF CLEANSER FOR EXPERT TESTING; JOINT STIPULATION; DECLARATION OF JEFFREY M. LENKOV; DECLARATION OF BENJAMIN B. BERGER** <br><br> Motion Date: December 30, 2010 <br> Time: 10:00 AM <br> Courtroom: 6B <br> Before Magistrate Judge Nakazato <br><br> Complaint Filed: 02/18/2010 <br> Discovery Cut-off: 12/8/10 <br> Final Pre-Trial Conference: 2/21/11 <br> Trial: 3/8/11 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at the above time and place Defendants Bath & Body Works, LLC, and Limited Brands Store Operations, Inc., will move to compel Plaintiff Nanczi Greenwood-Skufca to produce to Defendants, for expert testing, a sample of the Cleanser which she alleges caused her to suffer physical injury upon use.

This motion is made pursuant to Local Rule 37-1 and is based on the attached joint stipulation, the declarations of Jeffrey M. Lenkov and Benjamin B. Berger (and accompanying exhibits); any supplemental memoranda filed under Local Rule 37-2.3, and such arguments as may be presented at the hearing.

Date: December 8, 2010

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

/s/ Jeffrey M. Lenkov
Jeffrey M. Lenkov, Esq.
Counsel for Defendants BATH &
BODY WORKS, LLC, and LIMITED
BRANDS STORE OPERATIONS, INC.