JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCZI GREENWOOD-SKUFCA, | Case No.: SACV10-00326 AG (ANX) |
| Plaintiff, | |
| vs. | **ORDER** |
| AJR PRODUCTIONS, INC.; RAR BEAUTY, LLC; BATH & BODY WORKS, LLC; LIMITED BRANDS STORE OPERATIONS, INC.; and DOES 1 - 50, | Courtroom:  10D<br>Hon. Andrew J. Guilford |
| Defendants. | |

Pursuant to the Stipulation of the parties, the Court orders as follows:

1. Defendants Bath & Body Works, LLC, and Limited Brands Store Operations, Inc., shall be permitted to file their Cross-Complaint attached as Exhibit "A" to the "Stipulation Between Plaintiff Nanzci Greenwood-Skufca and Defendants Bath & Body Works, LLC, and Limited Brands Store Operations, Inc., to file Amended Pleadings and to Remand Action to State Court" and the Cross-Complaint is deemed filed as of the date of this Order.

2. The Third Party Complaint filed against Richard Roer is hereby stricken.

3. This action is hereby remanded to the Superior Court of the State of California

1  for the County of Orange for further proceedings.

2  IT IS SO ORDERED

6  Date: December 20, 2010

_____
Hon. Andrew J. Guilford
UNITED STATES DISTRICT JUDGE